# United States Bankruptcy Court

Western District of Michigan
One Division Avenue, N.W.
Room 200
Grand Rapids, MI 49503

**Daniel M. LaVille**
    **Clerk**
(616) 456-2693- Tel.
(616) 456-2919- Fax.

May 19, 2016

Jeffrey D. Mapes
Jeffrey D. Mapes, PLC
29 Pearl St. NW
Suite 305
Grand Rapids, MI 49503

In Re:   Heather Lucille Hammerstrom
          Case No.: 16-02729-swd

Dear Mr. Mapes:

     The above-referenced debtor filed a Chapter 13 proceeding on May 17, 2016, which is currently pending before the Hon. Scott W. Dales.  It further appears from our records that Heather Lucille Hammerstrom has previously filed a voluntary Chapter 7 proceeding February 22, 2013 and subsequently this Court issued a discharge pursuant 11 USC § 727 on July 29, 2013 (Case No.: 13-01267-swd).

     Section 1328(f)(1) of the Bankruptcy Code as Amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 states that

> (f) . . . the Court shall not grant the debtor a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor has received a discharge –
>
>   (1)  in a case filed under chapter 7, 11 or 12 of this title during the **4-year** period preceding the date of the order of relief under this chapter

(emphasis added)

     It does not presently appear that the Court will be able to issue a Chapter 13 discharge on behalf of the above named debtor in this case.  If you believe that the debtor is entitled to receive a Chapter 13 discharge, then appropriate action must be taken to bring this matter before Judge Dales.

                                     Sincerely,

                                       /s/_____
                                     Heather Burse
                                     Case Administrator Supervisor

Served upon: Heather Lucille Hammerstrom, Brett N. Rodgers, Standing Trustee and the Office of the U. S. Trustee